UNITED STATES of America,
Plaintiff–Appellee

v.

Srinath AUDITYAN, Defendant–Appellant.

No. 04–50469.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided May 9, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Matthew B. Devlin, U.S. Attorney's Office Western District of Texas, Terrence W. Kirk, Law Office of Terrence W. Kirk, Austin, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Srinath Audityan has appealed his jury conviction of attempted enticement of a

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

child to engage in illicit sexual activity. Audityan contends that the district court erred in refusing to give a spoliation instruction. Because there is no reason to believe that the Government acted in bad faith in failing to record the telephone conversations at issue, the district court did not abuse its discretion in refusing to give the instruction. *See United States v. Wise*, 221 F.3d 140, 156 (5th Cir.2000); *see also United States v. Townsend*, 31 F.3d 262, 270 (5th Cir.1994) (standard of review). The conviction is

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be